JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Young Kim,<br>    Plaintiff, | Case No. CV 19-04146-DSF-RAO |
| v. | JUDGMENT |
| Melrose Crown, LLC,<br>    Defendant. | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendant Melrose Crown, LLC,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

    IT IS SO ORDERED.

Date: November 1, 2019

                                                Dale S. Fischer
                                                United States District Judge